

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00252-CV

Jean Eckford **HARDAWAY**, Et al.,
Appellants

v.

Lou Eda Korth Stubbs **NIXON**, Et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell H. Wilson, Judge Presiding

## O R D E R

Appellants seek to appeal the trial court's January 22, 2016 "Summary Judgment." It appears, however, that the judgment may be interlocutory because (1) it does not dispose of appellees' request for attorney's fees contained in their "Plaintiff Intervenors' Second Amended Petition in Intervention and Original Cross-Claims and Third-Party Claims," and (2) the Summary Judgment does not mention West 17th Resources, LLC or West 17th Minerals, LLC. An order or judgment is final when it disposes of all claims asserted by and against all parties. *Martinez v. Humble Sand & Gravel, Inc.*, 875 S.W.2d 311, 312 (Tex. 1994); *New York Underwriters Ins. Co. v. Sanchez*, 799 S.W.2d 677, 678-79 (Tex. 1990).

Because it appears this court may lack jurisdiction over this appeal, appellants are ORDERED to show cause in writing <u>no later than June 6, 2015</u> why this appeal should not be dismissed for lack of jurisdiction.

Appellants' Notice of Appeal identifies the appellants only as "Plaintiffs Jean Eckford Hardaway, et al." Appellants are represented on appeal by Ms. Stella G. Marks. In her response to this show cause order, Ms. Marks is also ORDERED to fully identify all appellants by name.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court